461 A.2d 886

Commonwealth v. Kotlik, Appellant.

Petition for Allowance of Appeal Denied Nov. 16, 1983.

Submitted April 27, 1983. Stanley M. Vasiliadis, Assistant Public Defender, for appellant; James Martin Connell, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.

461 A.2d 886

Commonwealth v. Maris, Appellant.

Petition for Allowance of Appeal Denied Oct. 3, 1983.

Submitted April 27, 1983. Stuart M. Wilder, Assistant Public Defender, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.